UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Executone of Columbus, Inc.,** *et al.*,

    **Plaintiffs,**

-V-　　　　　　　　　　　　　　　　　　　　Case No. 2:06-cv-0126
　　　　　　　　　　　　　　　　　　　　　　JUDGE SMITH
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Abel

**Inter-tel Inc.** *et al.*,

    **Defendants.**

## ORDER

Plaintiffs initiated this case on February 16, 2006 (Doc. 1). Defendants filed an Answer and Counterclaim on April 10, 2006 (Doc.16).

On May 15, 2006, moved to dismiss Defendants' Counterclaim or in the alternative for a more definite statement (Doc. 29). Thereafter, on October 20, 2006, Defendants filed its First Amended Answer to Complaint and First Amended Counterclaim (Doc. 57).

In light of Defendants Amended Counterclaim, Plaintiff then filed another Motion to Dismiss which encompasses all arguments made in the first motion to dismiss. Therefore, Plaintiffs' first motion to dismiss (Doc. 29) is **MOOT.**

The Clerk shall remove Doc. 29 from the Court's CJRA pending motions list.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**